UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JORDAN,

          Plaintiff,

-against-

BIAGIO CRU ESTATE WINES, LLC,

          Defendant.

**ORDER**

20 Civ. 7744 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for January 14, 2021, is adjourned sine die. The following schedule will apply to Defendant's motion to dismiss:

    1. Moving papers are due on **January 29, 2021**;

    2. Plaintiff's opposition is due on **February 19, 2021**; and

    3. Defendant's reply, if any, is due on **March 1, 2021**.

Discovery will be stayed pending resolution of the motion to dismiss.

        The Clerk of Court is directed to terminate Dkt. No. 12.

Dated:  New York, New York
         January 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge